

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SIDNEY HILL                                                                         PLAINTIFF

VS.                                                          CIVIL ACTION # 3:4CV667-W-S

AMERICAN AND FOREIGN
INSURANCE COMPANY                                                          DEFENDANT

### AGREED ORDER OF DISMISSAL

**THIS DAY THIS CAUSE** came before this Court upon the joint *ore tenus* motion of the parties for a dismissal of the cause of action and the Court, having heard and considered same, does hereby find that the parties have reached an agreement and/or compromise and, therefore, the motion is well-taken and shall be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned cause of action shall hereby be dismissed, with Prejudice, with each party to be responsible for their own costs.

**SO ORDERED AND ADJUDGED,** this the _11th_ day of January, 2006.

_____Henry T. Wingate_____
UNITED STATES DISTRICT JUDGE


AGREED TO:

s/ Ellis Turnage
ELLIS TURNAGE
COUNSEL FOR PLAINTIFF


s/ Wade G. Manor
WADE G. MANOR
COUNSEL FOR DEFENDANT